```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                    VALDOSTA DIVISION
```

| | |
|---|---|
| **STATE FARM FIRE AND CASUALTY COMPANY,** | * * * |
| Plaintiff, | * * |
| | * Civil Action No.: |
| | * 7:22-CV-00087-HL |
| **JAMES COFIELD, PAULINA Y. CHEEKS-COFIELD, AND UNITED FINANCIAL CASUALTY COMPANY,** | * * * * |
| Defendants. | * |

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1.

The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a.    State Farm Fire and Casualty Company is a stock company whose sole shareholder is State Farm Mutual Automobile Insurance Company;

    b.    James Cofield;

    c.    Paulina Y. Cheeks-Cofield;

    d.    United Financial Casualty Company.

2.

The undersigned further certifies that the following is a

full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None known at this time.

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

J. Holder Smith, Jr.

Submitted this 19th day of September, 2022.

**YOUNG, THAGARD, HOFFMAN, LLP**

Address of Counsel:

P.O. Box 3007
Valdosta, GA 31604
229-242-2520
229-242-5040 fax
E-mail: jaysmith@youngthagard.com

/s/ J. Holder Smith, Jr.
J. Holder Smith, Jr.
State Bar No.: 661105
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** upon the following using the CM/ECF system which will send notification of such filing to the following:

>Mr. Robert Sneed, Jr.
>JOHN FOY & ASSOCIATES
>3343 Peachtree Road, NE
>Suite 350
>Atlanta, GA 30326
>Rsneed@johnfoy.com
>
>Mr. Jason Darneille
>Mr. J. Timothy Wooten
>GOWER WOOTEN & DARNEILLE, LLC
>4200 Northside Parkway, NW
>Building 12
>Atlanta, GA 30327
>Jdarneille@gwdlawfirm.com
>tim@gwdlawfirm.com

This 19th day of September, 2022.

**YOUNG, THAGARD, HOFFMAN, LLP**

Address of Counsel:

P.O. Box 3007
Valdosta, GA 31604
229-242-2520
229-242-5040 fax
E-mail: jaysmith@youngthagard.com

/s/ J. Holder Smith, Jr.
J. Holder Smith, Jr.
State Bar No.: 661105
Attorney for Plaintiff