IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | * |
| | * |
| Plaintiff, | Case No. 7:22-cv-87 (LAG) |
| v. | * |
| JAMES COFIELD, et al., | * |
| Defendants. | * |

# **J U D G M E N T**

Pursuant to the Court Order dated September 26, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff .

This 9th day of October, 2024.

                        David W. Bunt, Clerk

                        s/ Kathleen S. Logsdon, Deputy Clerk